# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 15, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Deboer, Jordy Scott | Docket No. | 0980 2:22CR00094-TOR-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jordy Scott Deboer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 16th day of November 2022, as well as the 27th day of December 2022, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #1 (ECF No. 78):** Defendant shall reside at Roosevelt Oxford House.

**Additional Condition #2 (ECF No. 78):** Defendant shall notify the United States Probation/Pretrial Services Office within 24 hours of any change in address, telephone number, or employment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 22, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Deboer (ECF No. 69). Mr. Deboer acknowledged an understanding of the release conditions at that time.

On December 29, 2022, the undersigned officer reviewed the additional conditions of pretrial release supervision with Mr. Deboer (ECF No. 78). Mr. Deboer acknowledged an understanding of the additional conditions at that time.

**Violation #1:** Jordy Scott Deboer is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of cocaine on January 27, 2023.

On January 27, 2023, Mr. Deboer reported to Pioneer Human Services (PHS) and provided a urine sample that tested presumptive positive for the presence of methamphetamine and cocaine. Mr. Deboer denied using any illegal controlled substances at that time. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On February 4, 2023, Alere confirmed the above-noted urine specimen tested negative for the presence methamphetamine, but positive for the presence of cocaine.

**Violation #2:** Jordy Scott Deboer is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of cocaine on February 3, 2023.

On February 3, 2023, Mr. Deboer reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of methamphetamine and cocaine. Mr. Deboer denied using any illegal controlled substances at that time. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On February 10, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of cocaine.

On February 11, 2023, Alere confirmed the above-noted urine specimen tested negative for the presence of methamphetamine.

**Violation #3:** Jordy Scott Deboer is alleged to have violated the conditions of pretrial release supervision by failing to reside at the Roosevelt Oxford House since approximately February 7, 2023.

On February 10, 2023, the manager of the Roosevelt Oxford House (ROH) contacted the undersigned officer and advised Mr. Deboer was asked to leave the ROH on February 7, 2023, for 3 days after an incident had occurred. The manager advised Mr. Deboer had been seen leaving the ROH early in the morning and not returning until just minutes before the 12 a.m. curfew on multiple occasions.

Additionally, on February 6, 2023, Mr. Deboer's vehicle was being broken into by unknown individuals. The ROH manager advised that when Mr. Deboer and he attempted to confront the individuals breaking into the car, a passenger of another vehicle discharged a firearm in the air as they were driving away.

The manager advised the above-noted incident "triggered" other members of the ROH. Based on him spending the majority of his time away from the ROH and the above-noted shooting incident, the manager advised Mr. Deboer was asked to leave the ROH for 3 days on February 7, 2023.

On February 10, 2023, it was decided Mr. Deboer needed to move to another Oxford House. The manager advised he was scheduling interviews for Mr. Deboer to enter another Oxford House.

On February 13, 2023, the manager of the ROH contacted the undersigned officer and advised Mr. Deboer failed to attend two scheduled interviews at other Oxford Houses in the Spokane area.

On February 14, 2023, the undersigned officer spoke with Mr. Deboer about his status at the ROH. He acknowledged he was asked to leave on February 7, 2023, and moved to his mother's home in Spokane, Washington.

**Violation #4:** Jordy Scott Deboer is alleged to have failed to report a change of address that occurred on or about February 7, 2023, within 24 hours.

As noted in violation number 3, on February 10, 2023, the manager of the ROH contacted the undersigned officer and reported Mr. Deboer had been asked to leave that residence on or about February 7, 2023.

Later on February 10, 2023, the undersigned officer attempted to contact Mr. Deboer by telephone and text messaging, without a response.

On February 14, 2023, Mr. Deboer reported to the U.S. Probation Office in Spokane, Washington, and informed the undersigned officer that he was asked to leave the ROH and had been residing at his mother's home since February 7, 2023.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: February 15, 2023 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

2/15/23

Date