PS 8
(3/15)

Case 2:22-cr-00094-TOR   ECF No. 98   filed 03/02/23   PageID.241   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2023

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Deboer, Jordy Scott | Docket No. | 0980 2:22CR00094-TOR-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jordy Scott Deboer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 16th day of November 2022, as well as the 27th day of December 2022, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 22, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Deboer. Mr. Deboer acknowledged an understanding of the release conditions at that time.

**Violation #5:** Jordy Scott Deboer is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine, methamphetamine, and cocaine, on February 14, 2023.

On February 14, 2023, Mr. Deboer reported to the U.S. Probation Office in Spokane, Washington, and provided a urine specimen that tested presumptive positive for the presence of amphetamine, methamphetamine, and cocaine. Mr. Deboer denied using any illegal controlled substances at that time. Subsequently, the sample was sent to Alere Toxicology Services, Inc. (Alere), for further analysis.

On February 23, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine, methamphetamine and cocaine.

**Violation #6:** Jordy Scott Deboer is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine, methamphetamine, and cocaine, on February 21, 2023.

On February 21, 2023, Mr. Deboer reported to the U.S. Probation Office in Spokane, Washington, and provided a urine specimen that tested presumptive positive for the presence of amphetamine, methamphetamine, and cocaine. Mr. Deboer denied using any illegal substances at that time. Subsequently, the sample was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On February 28, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of cocaine.

On March 1, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

PS-8
**Re: Deboer, Jordy Scott**
**March 1, 2023**
**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    March 1, 2023

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ X ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*Alexander C. Ekstrom*

Signature of Judicial Officer
3/2/23

Date