# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2023

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Deboer, Jordy Scott | Docket No. | 0980 2:22CR00094-TOR-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jordy Scott Deboer, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 16th day of November 2022, as well as the 27th day of December 2022, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local (including tribal) law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 22, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Deboer. Mr. Deboer acknowledged an understanding of the release conditions at that time.

**Violation #1:** Jordy Scott Deboer is alleged to have violated the conditions of pretrial release supervision by being charged with distribution of fentanyl on or about March 30, 2023.

On or about March 30, 2023, Mr. Deboer was charged by complaint with distribution of fentanyl in the United States District Court for Eastern District of Washington, case number 2:23MJ00144-JAG-1. Mr. Deboer is currently in custody at the Spokane County Jail. He is scheduled to appear before the Court for an initial appearance on April 3, 2023, at 1:30 p.m.

**Violation #2:** Jordy Scott Deboer is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine, methamphetamine, and cocaine, on March 17, 2023.

On March 17, 2023, Mr. Deboer reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine, methamphetamine, and cocaine. Mr. Deboer signed a substance abuse admission form acknowledging he ingested illegal controlled substances on or about, "the 8th." Subsequently, the sample was sent to Alere Toxicology Services (Alere) for further analysis.

On March 27, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence cocaine.

On March 28, 2023, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

**Re: Deboer, Jordy Scott**
**March 31, 2023**
**Page 2**

**Violation #3:** Jordy Scott Deboer is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting cocaine, amphetamine, and methamphetamine, on or about March 20, 2023.

On March 24, 2023, Mr. Deboer reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine, methamphetamine, and cocaine. Subsequently, Mr. Deboer signed a substance abuse admission form acknowledging he used illegal controlled substances on or about March 20, 2023.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 31, 2023

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

March 31, 2023

Signature of Judicial Officer

*Alexander C. Ekstrom*

Date